ARCHSTONE et al., Appellants, v TOCCI BUILDING CORPORATION OF NEW JERSEY, INC., et al., Defendants, and PERKINS EASTMAN ARCHITECTS, INC., et al., Respondents. (And Third-Party Actions.)

Submitted June 17, 2013; decided August 29, 2013

Motion for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.